writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

■ MICHAEL JAMES OLSEN, Respondent, v LOUIS F. KOZLOWSKI, Defendant and SHIRLEY F. KOZLOWSKI, Appellant. [977 NYS2d 663]—Motion for clarification denied. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL HOWARD, Appellant. [977 NYS2d 664]—Motion for writ of error coram nobis and for other relief denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENNIS E. RUFFIN, Appellant. [977 NYS2d 664]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ In the Matter of JENNIFER McLAUGHLIN, Respondent, v TIMOTHY McLAUGHLIN, Appellant. [977 NYS2d 664]—Motion for reargument denied. Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.

■ In the Matter of CAYDEN L.R. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MELISSA R., Appellant. [977 NYS2d 664]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Centra and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SMITH, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [977 NYS2d 663]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Valentino and Whalen, JJ.

■ JOSEPH SAINT et al., Respondents, v SYRACUSE SUPPLY COMPANY, Appellant. [977 NYS2d 664]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni and Lindley, JJ.

■ RICHARD POTTER, Respondent, v STEVENS VAN LINES, INC., et al., Appellants. [977 NYS2d 664]—Motion for correction, clarification or reargument denied. Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.

■ PATRICIA J. CURTO, Appellant, v NATIONAL FUEL CORPORATION, Respondent. (Appeal No. 1.) [977 NYS2d 664]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.